# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ------------------------------------------------X :<br>KIM PAYTON-FERNANDEZ, :<br>LAVERN COLEMAN, and DARNIEL :<br>WILLIAMS, Individually and on :<br>Behalf of All Other Persons Similarly :<br>Situated, :<br>:<br>Plaintiffs, :<br>:<br>-against- :<br>:<br>BURLINGTON STORES, INC., :<br>BURLINGTON COAT FACTORY :<br>WAREHOUSE CORPORATION, :<br>BURLINGTON COAT FACTORY :<br>INVESTMENT HOLDINGS, INC., :<br>and BURLINGTON COAT :<br>FACTORY HOLDINGS, INC., :<br>:<br>Defendants. :<br>------------------------------------------------X : | Case No.: 1:22-cv-00608-NLH-AMD |

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT AGREEMENT AND RELEASE

**PLEASE TAKE NOTICE** that upon the Declaration of Michael A. Galpern, dated September 21, 2022, together with the exhibits annexed thereto; and the accompanying memorandum of law, Plaintiffs, by and through their undersigned counsel, shall jointly move this Court, before the Honorable Ann Marie Donio, on October 17, 2022, or soon thereafter as same may be heard, in the United States District Court for the District of New Jersey, Camden Vicinage,

Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Courtroom 3B, Camden, New Jersey 08101, for an Order as follows: (i) approving the proposed collective action settlement ("Settlement") set forth in the Settlement Agreement ("Settlement Agreement"), attached as Exhibit A to the Declaration of Michael A. Galpern; (ii) conditionally certifying the proposed FLSA Collective, for settlement purposes only, under 28 U.S.C. 216(b); (iii) approving the expense and fee request in the amounts of $18,443.21 and $3,281,556.88, respectively; (iv) approving the service awards for the three named Plaintiffs in the amount $10,000 each; and (v) approving payment of the Settlement Administrator's costs.

Dated: Rye Brook, NY
September 21, 2022

KLAFTER LESSER, LLP

By: s/ Seth R. Lesser
Seth R. Lesser
Christopher Timmel
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Email: seth@klafterlesser.com
Email: christopher.timmel@klafterlesser.com

Michael A. Galpern
JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS
Laurel Oak Corporate Center
1000 Haddonfield-Berlin Road
Suite 203
Voorhees, NJ 08043
Telephone: (856) 596-4100
Email: mgalpern@lawjw.com

*Attorneys for Plaintiff and*
*The Proposed Settlement Collective*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 21, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

s/ Seth R. Lesser
Seth R. Lesser
