UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| ----------------------------------------------X : | |
| KIM PAYTON-FERNANDEZ, : | Case No.: 1:22-cv-00608 (AMD) |
| LAVERN COLEMAN, and DARNIEL : | |
| WILLIAMS, Individually and on : | Return Date: August 5, 2024 |
| Behalf of All Other Persons Similarly : | |
| Situated, : | ORAL ARGUMENT REQUESTED |
| : | |
| Plaintiffs, : | |
| : | |
| -against- : | |
| : | |
| BURLINGTON STORES, INC., : | |
| BURLINGTON COAT FACTORY : | |
| WAREHOUSE CORPORATION, : | |
| BURLINGTON COAT FACTORY : | |
| INVESTMENTS HOLDINGS, INC., : | |
| and BURLINGTON COAT : | |
| FACTORY HOLDINGS, INC., : | |
| : | |
| Defendants. : | |
| ----------------------------------------------X : | |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT; FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, SERVICE PAYMENTS, NOTICE AND ADMINISTRATION COSTS; FOR APPROVAL OF PAGA PAYMENT; AND FOR ENTRY OF FINAL JUDGMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Seth R. Lesser, dated July 16, 2024, together with the exhibits annexed thereto; and the accompanying memorandum of law, Plaintiffs, by and through their undersigned counsel, shall jointly move this Court, on a date to be determined by the Court, for an Order as follows: (i) approving a proposed collective action settlement

agreement ("Settlement Agreement"); (ii) approving Plaintiffs' counsels' expense and fee request; (iii) approving service awards for the three named Plaintiffs; (iv) approving payment of the Settlement Administrator's costs; (v) approving PAGA payments; and (vi) entering final judgment.

Dated:   Rye Brook, NY       KLAFTER LESSER, LLP
         July 16, 2024

By_____
Seth R. Lesser
KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Email: seth@klafterlesser.com
Email: christopher.timmel@klafterlesser.com

Michael A. Galpern
JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS
Laurel Oak Corporate Center
1000 Haddonfield-Berlin Road
Suite 203
Voorhees, NJ 08043
Telephone: (856) 596-4100
Email: mgalpern@lawjw.com

*Attorneys for Plaintiffs*